**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

NHL Enterprises, L.P.

      Plaintiff,

v.             Case No.: 1:25−cv−06494
              Honorable Martha M. Pacold

denteamshop.com, et al.

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 9, 2026:

  MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's status report, [33], noted that the online storefronts Gokul R. purports to own in his "Answer," [31], were not named in plaintiff's amended complaint, [16]. The status report requested that the case remain closed, and the court gave Gokul R. an opportunity to respond by 1/21/26. [36]. Gokul R. did not respond by the deadline or since then. The case remains closed. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.